UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.    CR-01-0011-WFN-1 |
| Plaintiff, ) | |
| -vs- ) | ORDER OF DISMISSAL WITH PREJUDICE |
| SILVIA FRANCESCA STEIN, ) | |
| Defendant. ) | |

A sentencing hearing was held in CR-09-0068-WFN-1. Pursuant to the Plea Agreement, the Government moved to dismiss this case. Accordingly,

**IT IS ORDERED** that the Indictment in the instant matter is **DISMISSED with prejudice.**

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 9th day of September, 2009.

    s/ Wm. Fremming Nielsen
    WM. FREMMING NIELSEN
09-09    SENIOR UNITED STATES DISTRICT JUDGE

ORDER